# United States Bankruptcy Court
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number** 13−72340−FJS
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donita Sue Terry
aka Donita Sue Anderson
700−D Pamunkey River Ct
Chesapeake, VA 23320

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7778

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE THAT DEBTOR IS INELIGIBLE FOR DISCHARGE

Upon review of the Debtor(s) previously filed case(s), notice is hereby given that Debtor Donita Sue Terry is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9) or §1328(f). The Court shall not grant a discharge if the Debtor has received a discharge in a case filed under chapter 7, 11, 12, or 13 within the period of time specified under 11 U.S.C.§727(a)(8),(9) or §1328(f).

Objections contesting the record must be filed with the Clerk of the U.S. Bankruptcy Court within twenty−one (21) days from the date of this notice.

Dated:   June 24, 2013                                    For the Court,

                                                          William C. Redden, Clerk
[ntcrepeatdb.jsp]                                         United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-72340-FJS
Donita Sue Terry                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8            User: admin              Page 1 of 2              Date Rcvd: Jun 24, 2013
                                Form ID: ntcrepdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
db          +Donita Sue Terry,   700-D Pamunkey River Ct,   Chesapeake, VA 23320-6833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-8          User: admin              Page 2 of 2              Date Rcvd: Jun 24, 2013
                              Form ID: ntcrepdb        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2013 at the address(es) listed below:
        John C. McLemore    ch7trustee@verizon.net;, VA36@ecfcbis.com;regina_ch7@verizon.net
        Steve C. Taylor    on behalf of Debtor Donita Sue Terry bankruptcyattorney@call54legal.com, bkparalegal@call54legal.com

                                                                                                               TOTAL: 2